APPEAL OF ANTOINETTE B. HELD, EXECUTRIX, ESTATE OF WILLIAM D. HELD.

Docket No. 1988.   Submitted October 26, 1925.   Decided January 21, 1926.

*W. Frank Gibbs, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

This is an appeal from the determination of a deficiency in income tax in the amount of $454.91 for the calendar year 1921.   Of this amount the taxpayer concedes an error of $1 made in the computation of surtax, leaving in issue $453.91, which arises from the addition by the Commissioner of $4,200 to 1921 income, which amount the taxpayer contends was received in 1922.

### FINDINGS OF FACT.

William D. Held, deceased, was employed in 1921 by the firm of Egbert & Case, of New York, N. Y., at a salary of $10,000.   At the time of his death on December 2, 1921, he had received $5,800 of his salary for the year.   The balance, $4,200, was collected after his death by his widow and executrix, the taxpayer here, who received letters testamentary from the Surrogate of Essex County, N. J., on January 6, 1922.   Decedent made his returns upon a cash receipts and disbursement basis.   The Commissioner has added such sum of $4,200 to the 1921 income of the decedent.

### DECISION.

The determination of a deficiency in surtax of $1 is approved. The balance of the deficiency determined is disallowed.

---

APPEAL OF GOLDSTEIN BROS. AMUSEMENT CO., INC.

Docket No. 4131.   Submitted July 16, 1925.   Decided January 21, 1926.

The taxpayer and two other corporations, *held* not to have been affiliated in the years 1919 and 1920.

*Henry Herrick Bond, Esq.*, for the taxpayer.
*P. S. Crewe, Esq.*, for the Commissioner.

Before MARQUETTE and MORRIS.

This is an appeal from the determination of deficiencies in income and profits taxes for the years 1919 and 1920 in the amount of $12,501.30, and an overassessment for 1918 of $636.10, with a resulting net deficiency of $11,865.20.